# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LISA GORDON,<br><br>    Plaintiff,<br><br>v.<br><br>REPROSOURCE FERTILITY DIAGNOSTICS, INC.,<br><br>    Defendant. | Case No.: 2:22-cv-00351-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 7] |

Pending before the Court is the parties' stipulation to extend the time for Defendant to respond to the complaint. Docket No. 7. For good cause shown, the Court **GRANTS** in part the parties' request. Defendant must file a response to Plaintiff's complaint, no later than March 31, 2022.

IT IS SO ORDERED.

Dated: March 7, 2022

                                                                                       _____<br>                                                                                       Nancy J. Koppe<br>                                                                                       United States Magistrate Judge