George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@freedomlegalteam.com
*Attorneys for Plaintiff Lisa Gordon*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Lisa Gordon,<br><br>Plaintiff,<br>v.<br><br>ReproSource Fertility Diagnostics Inc.,<br><br>Defendant. | Case No.: 2:22-cv-00351-RFB-NJK<br><br>**Stipulation for an extension of time for Plaintiff to respond to Defendant's Motion to Dismiss, Transfer, Stay, or, in The Alternative, Dismiss**<br><br>**(first request)** |

Lisa Gordon ("Plaintiff") and ReproSource Fertility Diagnostics Inc. ("Defendant and together with Plaintiff as the "parties"), by and through their respective counsel, hereby submit this stipulation for an extension of time for Plaintiff to respond to Defendant's Motion to Dismiss, Transfer, Stay, or, in The Alternative, Dismiss filed on March 31, 2022. This is the first request for an extension of this deadline.

STIPULATION            - 1 -

The extension is sought because Plaintiff's counsel requires additional time to prepare an appropriate response to the motion due to the complex issues raised.

In good faith and not for the purposes of delay, the parties therefore stipulate that Plaintiff's opposition to the pending Motion shall be due on or before **April 28, 2022**.

Dated: April 12, 2022.

**FREEDOM LAW FIRM, LLC**

 /s/ Gerardo Avalos
Gerardo Avalos, Esq.
Nevada Bar No. 15171
8985 S. Eastern Ave., Ste. 350
Las Vegas, NV 89123
*Counsel for Plaintiff Lisa Gordon*

**KING & SPALDING LLP**

 /s/ James Matthew Brigman
James Matthew Brigman, Esq.
1180 Peachtree Street, NE
Suite 1600
Atlanta, Georgia 30309
*Counsel for ReproSource Fertility Diagnostics Inc.*

IT IS SO ORDERED:

_____

United States District Judge

DATED: April 13, 2022