George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@freedomlegalteam.com
*Attorneys for Plaintiff Lisa Gordon*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Lisa Gordon, <br><br> Plaintiff, <br><br> v. <br><br> ReproSource Fertility Diagnostics Inc., <br><br> Defendant. | Case No.: 2:22-cv-00351-RFB- NJK <br><br> **Stipulation for an extension of time for Plaintiff to respond to Defendant's Motion to Dismiss, Transfer, Stay, or, in The Alternative, Dismiss** <br><br> **(second request)** |

Lisa Gordon ("Plaintiff") and ReproSource Fertility Diagnostics Inc. ("Defendant and together with Plaintiff as the "parties"), by and through their respective counsel, hereby submit this stipulation for an extension of time for Plaintiff to respond to Defendant's Motion to Dismiss, Transfer, Stay, or, in The Alternative, Dismiss filed on March 31, 2022. This is the second request for an extension of this deadline.

STIPULATION        - 1 -

1  The extension is sought because counsel for the parties are currently
2  discussing the possibility of stipulating to a transfer of this case which would
3  make Defendant's Motion moot. The Parties have therefore agreed that it is in
4  their mutual interest to conserve their time and resources while they continue
5  these discussions rather than spend them briefing the Motion.

6  In good faith and not for the purposes of delay, the parties therefore
7  stipulate that Plaintiff's opposition to the pending Motion shall be due on or
8  before **May 12, 2021**.

9  Dated: April 25, 2022.

11  **FREEDOM LAW FIRM, LLC**

12   /s/ Gerardo Avalos
13  Gerardo Avalos, Esq.
14  Nevada Bar No. 15171
    8985 S. Eastern Ave., Ste. 350
15  Las Vegas, NV 89123
16  *Counsel for Plaintiff Lisa Gordon*

17  **KING & SPALDING LLP**

19   /s/ James Matthew Brigman
    James Matthew Brigman, Esq.
20  1180 Peachtree Street, NE
    Suite 1600
21  Atlanta, Georgia 30309
22  *Counsel for ReproSource Fertility Diagnostics Inc.*

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court
DATED this 29th day of April, 2022.

STIPULATION                    - 2 -