# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LISA GORDON, | Case No.: 2:22-cv-00351-RFB-NJK |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 22] |
| REPROSOURCE FERTILITY DIAGNOSTICS, INC., | |
| Defendant. | |

The parties ask the Court to transfer this action to the District of Massachusetts. Docket No. 22.[1] The Court **GRANTS** the parties' request and **TRANSFERS** this case to the District of Massachusetts.[2]

IT IS SO ORDERED.

Dated: May 13, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The parties include a signature line for a Justice Court Judge. Docket No. 22 at 3. Federal Court does not have Justice Court Judges. The parties must make sure they include accurate titles in all filings.

[2] Deciding a request to transfer venue is a matter within the authority of a magistrate judge. *See, e.g., Pavao v. Unifund CCR Partners*, 934 F. Supp. 2d 1238, 1241 n.1 (S.D. Cal. 2013) (collecting cases).